DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R&B AUTO SALVAGE LLC, RONALD C. GRAVES, ALAN BATISTA,**
and **BRENT BATISTA,**
Appellants,

v.

**WILLIAM PHILLIPS,**
Appellee.

No. 4D2023-1655

[December 21, 2023]

Nonfinal appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312022CA000334.

J. Garry Rooney of Rooney & Rooney, P.A., Vero Beach, for appellants.

Carlos M. Cabral of Block & Scarpa, Vero Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***